UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LISA M. OGA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
______________________________/

Case No. 2:20-cv-135

HON. HALA Y. JARBOU
U.S. District Court Judge

HON. MAARTEN VERMAAT
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 26, 2021, he caused to be mailed, postage prepaid via first class mail, a copy of PLAINTIFF, LISA OGA'S, ANSWERS TO DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS, in the above captioned matter to the following:

ANDREW BYERLY BIRGE
United States Attorney

NICOLE MAZZOCCO
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
nicole.mazzocco@usdoj.gov

Attorneys for Defendant United States

Dated: January 26, 2021

By: s/Joshua T. McFarland
Attorney for Plaintiff
600 Pine Street
Clare, MI 48617
(989) 386-3456 (p)
(989) 386-7470 (f)
josh@jtrucks.com