UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LISA M. OGA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:20-cv-135

HON. HALA Y. JARBOU
U.S. District Court Judge

HON. MAARTEN VERMAAT
U.S. Magistrate Judge

JOSHUA T. MCFARLAND (P75437)
josh@jtrucks.com
GREGORY P. JAHN (P33821)
greg@jtrucks.com
JAY TRUCKS & ASSOCIATES, P.C.
Attorneys for Plaintiff
600 Pine Street
Clare, MI 48617
(989) 386-3456

NICOLE MAZZOCCO (P72354)
Assistant United States Attorney
ANDREW BYERLY BIRGE
Attorney for Defendant
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
nicole.mazzocco@usdoj.gov

**NOTICE OF TAKING AND FILING DEPOSITION OF JORDAN A. LEBLANC**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the following deposition will be taken via Zoom Video Conferencing, before a certified court reporter having power to administer oaths:

PLACE: VIA ZOOM
Meeting ID: 889 4494 7054

Passcode: 160680

DATE: Thursday, July 22, 2021

TIME: 2:00 p.m.

This notice is being sent to:

Nicole Mazzocco
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208

Network Reporting
2604 Sunnyside Drive
Cadillac, MI 49601

You are invited to attend the taking of this deposition and participate therein in accordance with the applicable rules of the Federal Rules of Civil Procedure.

Dated: July 14, 2021

JOSHUA T. MCFARLAND (P75437)
JAY TRUCKS & ASSOCIATES, P.C.
Attorney for Plaintiff
600 Pine Street
Clare, MI 48617
(989) 386-3456