UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LISA M. OGA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

Case No. 2:20-cv-135

Hon. Hala Y. Jarbou
U.S. District Court Judge

Hon. Maarten Vermaat
U.S. Magistrate Judge

**STIPULATION FOR DISMISSAL**

The parties have resolved their dispute with each other in the above-captioned action, and stipulate and agree to the dismissal of all claims against Defendant United States of America in the above-captioned action, with prejudice and without costs, interest, or attorney fees to either party.

Respectfully submitted,

Dated: July 30, 2021

*/s/ Joshua T. McFarland (w/ permission)*
JOSHUA T. MCFARLAND
GREGORY P. JAHN
JAY TRUCKS & ASSOCIATES, P.C.
600 Pine Street
Clare, MI 48617
(989) 386-3456
josh@jtrucks.com
greg@jtrucks.com
Attorneys for Plaintiff

ANDREW BYERLY BIRGE
United States Attorney

Dated: July 30, 2021

*/s/ Nicole Mazzocco*
NICOLE MAZZOCCO
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Nicole.Mazzocco@usdoj.gov
Attorneys for Defendant